IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JARQUISE HUNTER,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D21-2734
LT Case No. 2014-CF-1325-B-O

_____/

Decision filed May 31, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., HARRIS and TRAVER, JJ., concur.